SHAQUANNA FELA ADAMS
320 AZALEA CT
BRANDON, MS 39047


THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236


ADVANCE AMERICA
4237-B LAKELAND DR
FLOWOOD, MS 39232


COVINGTON CREDIT
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602


HOMELAND NEIGHBORHOOD
511 KEYWOOD CIR
FLOWOOD, MS 39232


HOPE FCU
1 CORPORATE DR
LAKE ZURICH, IL 60047


IC SYSTEMS, INC
ATTN: BANKRUPTCY
444 HWY 96 EAST
ST. PAUL, MN 55127


PORTFOLIO RECOVERY
ATTN: BANKRUPTCY
120 CORPORATE BLVD
NORFOLK, VA 23502


SMITH, ROUCHON
1456 ELLIS AVE
JACKSON, MS 39204