**Fill in this information to identify the case:**

Debtor 1: Shaquanna Fela Adams a/k/a Shaquanna Adams

Debtor 2: _____
    (Spouse, if filing)

United States Bankruptcy Court for the Southern District of Mississippi Jackson-3 Division
                                                 (State)

Case number: 25-02707-JAW

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Hope Federal Credit Union      **Court Claim No.** (if known): 6

**Last four digits** of any number you use to identify the debtor's account:    XXXXXX4361

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?'**

☒ No
☐ Yes. Date of last notice: _____

## Part 1: Itemize Postpetition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| | Description | Dates incurred | | Amount |
|---|---|---|---|---|
| 1. | Late charges | | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3. | Attorney fees | | (3) | $0.00 |
| 4. | Filing fees and court costs | | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 1/5/2026 | (5) | $175.00 |
| 6. | Appraisal/broker's price opinion fees | | (6) | $0.00 |
| 7. | Property inspection fees | | (7) | $0.00 |
| 8. | Tax advances (non-escrow) | | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify: _____ | | (10) | $0.00 |
| 11. | Suspense Balance | | (11) | -$0.00 |
| 12. | Other. Specify: Plan Review | 11/4/2025 | (12) | $175.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| Debtor 1: | Shaquanna Fela Adams a/k/a Shaquanna Adams | Case number: | 25-02707-JAW |
| | First         Middle         Last | | |

## Part 2: Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

/s/ Eric C. Miller
Signature

Date: January 22, 2026

**Print:** William Savage #105785
Eric Miller #102327
First Name     Middle Name     Last Name

Title  Attorney

Company  LOGS Legal Group LLP

Address  579 Lakeland East Drive, Suite D
Number     Street

Flowood, MS 39232
City     State     ZIP Code

Contact phone  (601) 981-9299

Email  logsecf@logs.com

# Certificate of Service

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses and Charges was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:  January 22, 2026

Chapter 13 Trustee:  Torri Parker Martin

Trustee Address:  Torri Parker Martin, Chapter 13 Bankruptcy Trustee, 200 North Congress Street, Suite 400, Jackson, MS 39201

Trustee Email:  tpm@tpmartinch13.com

Counsel's Name:  Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC

Counsel's Address:  PO Box 13767, Jackson, MS 39236

Counsel's Email: trollins@therollinsfirm.com

Debtor's Name:  Shaquanna Fela Adams a/k/a Shaquanna Adams

Debtor's Mailing Address: 320 Azalea Ct, Brandon, MS 39047

/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327