United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-02707-JAW
Shaquanna Fela Adams  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3     User: mssbad     Page 1 of 2
Date Rcvd: Jan 21, 2026     Form ID: n031     Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shaquanna Fela Adams, 320 Azalea Ct, Brandon, MS 39047-7952 |
| 5603076 | + | Communities of Castlewoods HOA, Inc, PO Box 320248, Flowood MS 39232-0248 |
| 5584677 | #+ | Eric C Miller, Esq., LOGS Legal Group, LLP, For Hope Federal Credit Union, 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |
| 5581102 | + | Homeland Neighborhood, 511 Keywood Cir, Flowood, MS 39232-3019 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 21 2026 19:35:00 | Hope Federal Credit Union, Attention Bankruptcy, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5581100 | + | Email/Text: bnc@teampurpose.com | Jan 21 2026 19:36:00 | Advance America, 4237-B Lakeland Dr, Flowood, MS 39232-9212 |
| 5607056 | + | Email/Text: BNCnotices@dcmservices.com | Jan 21 2026 19:36:00 | Baptist Memorial Hospital, PO Box 1123, Minneapolis MN 55440-1123 |
| 5581101 | + | Email/Text: bankruptcy@curo.com | Jan 21 2026 19:36:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5581103 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 21 2026 19:35:00 | Hope Fcu, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5608471 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 21 2026 19:35:00 | Hope Federal Credit Union, c/o Hope Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5585506 | + | Email/Text: bankruptcy@curo.com | Jan 21 2026 19:36:00 | First Heritage, 101 N Main St. Ste 600, Greenville, South Carolina 29601-4846 |
| 5581104 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 21 2026 19:36:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Hwy 96 East, St. Paul, MN 55127-2557 |
| 5602239 | + | Email/Text: pasi_bankruptcy@chs.net | Jan 21 2026 19:35:00 | Merit Health River Oaks, c/o PASI, PO Box 188, Brentwood TN 37024-0188 |
| 5607055 | + | Email/Text: BNCnotices@dcmservices.com | Jan 21 2026 19:36:00 | Mississippi Physicians LLP, PO Box 1123, Minneapolis MN 55440-1123 |
| 5581105 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 21 2026 19:45:19 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5581106 | + | Email/Text: Tracey@sra-inc.net | Jan 21 2026 19:36:00 | Smith, Rouchon, 1456 Ellis Ave, Jackson, MS 39204-2204 |

TOTAL: 12

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 21, 2026 | Form ID: n031 | Total Noticed: 16 |

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2026                      Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor Hope Federal Credit Union logsecf@logs.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shaquanna Fela Adams trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−02707−JAW
**Chapter:** 13

**In re:**

Shaquanna Fela Adams
aka Shaquanna Adams
320 Azalea Ct
Brandon, MS 39047

### Notice of Entry of Order Confirming Plan

The Court entered an Order on January 21, 2026 (Dkt. # 17 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: January 21, 2026                     Danny L. Miller, Clerk of Court