**Fill in this information to identify the case:**

Debtor 1  Shaquanna Fela Adams a/k/a Shaquanna Adams

Debtor 2  (Spouse, if filing)

United States Bankruptcy Court for the: Southern District of Mississippi Jackson-3 Division
                                        (State)

Case number  25-02707-JAW

Official Form 410S1

# Notice of Mortgage Payment Change                                        12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1

**Name of Creditor:**  Hope Federal Credit Union

**Court Claim No.** (if known):  6

**Last four digits** of any number you use to identify the debtor's account:  XXXXXX4361

**Date of Payment Change:**          September 1, 2026
Must be at least 21 days after date of this notice.

**New total payment:**          $1,161.96
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3.*

---

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ☒ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.  Describe the basis for the change.  If a statement is not attached, explain why: _____

   _____

   Current escrow payment:  $334.35          New escrow payment:  $350.80

---

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate account?**

   ☒ No.
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.  If a statement is not attached, explain why: _____

   Current interest rate: _____          New interest rate: _____

   Current principal and interest payment:          New principal and interest payment:

---

## Part 3:  Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☒ No.
   ☐ Yes.
       Current HELOC payment:          $_____
       Reconciliation amount:          +$_____ or
                                       -$_____
       Amount of next payment (including reconciliation amount)          $_____
       Amount of the new payment thereafter (without reconciliation amount)          $_____

---

Debtor 1  Shaquanna Fela Adams a/k/a Shaquanna Adams                                 Case number (*if known*)   25-02707-JAW
       First Name     Middle Name    Last Name

---

## Part 4:  Other Payment Change

**4.   Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒  No
☐  Yes.  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*
    Reason for change:

    **Current mortgage payment:**                           **New mortgage payment:**

---

## Part 5:  Sign Here

The person completing this notice must sign it.  Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box

☐  I am the creditor.
☒  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X   /s/ Eric C. Miller                                               Date: July 22, 2026
       Signature

**Print:**    William Savage #105785
           Eric Miller #102327                                        Title  Attorney for Creditor
           First Name      Middle Name    Last Name

Company    LOGS Legal Group LLP

Address    579 Lakeland East Drive, Suite D
          Number      Street

          Flowood, MS 39232
          City            State   ZIP Code

Contact phone   (601) 981-9299                                    Email  logsecf@logs.com

---

Official Form 410S1           Notice of Mortgage Payment Change    Page 2

## Certificate of Service

I hereby certify that a copy of the foregoing Notice of Mortgage Payment Change was caused to be served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:   July 23, 2026


Chapter 13 Trustee:  Torri Parker Martin
Trustee Address: Torri Parker Martin, Chapter 13 Bankruptcy Trustee, 200 North Congress Street, Suite 400, Jackson, MS 39201
Trustee Email:  tpm@tpmartinch13.com

Debtor's Counsel Name:  Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC
Debtor's Counsel Address:  PO Box 13767, Jackson, MS 39236
Debtor's Counsel Email: trollins@therollinsfirm.com

Debtor's Name:  Shaquanna Fela Adams a/k/a Shaquanna Adams
Debtor's Mailing Address:  320 Azalea Ct, Brandon, MS 39047


/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327

Hope Federal Credit Union
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

**ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS**

| | |
|---|---|
| COUNTY TAX | 1,406.28 |
| HAZARD INS | 2,693.60 |
| Total | $4,099.88 |

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER:** ▮▮▮▮▮▮
**ESCROW ANALYSIS DATE: 07/09/2026**

**NEW PAYMENT IS AS FOLLOWS:**

| | |
|---|---|
| Principal and Interest | $811.16 |
| Required Escrow Payment | 341.66 |
| Shortage/Surplus Spread | 9.14 |
| Optional Coverages | |
| Buydown or Assistance Payments | |
| Other | |

Shaquanna F Adams
320 Azalea Ct
Brandon, MS 39047-7952

| | |
|---|---|
| Total Payment | 1,161.96 |
| New Payment Effective Date: | 09/01/2026 |

Hope Federal Credit Union has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 09/2026 through 08/2027 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | MIP/PMI | PAYMENTS FROM ESCROW ACCOUNT TAXES | FLOOD | HAZ. INS. | SPECIAL | ESCROW ACCOUNT BALANCE PROJECTED | REQUIRED |
|---|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | | $384.80 | $1,024.93 |
| SEP | $341.66 | | | | | | $726.46 | $1,366.59 |
| OCT | $341.66 | | | | | | $1,068.12 | $1,708.25 |
| NOV | $341.66 | | | | | | $1,409.78 | $2,049.91 |
| DEC | $341.66 | | $1,406.28 | | | | $345.16 | $985.29 |
| JAN | $341.66 | | | | | | $686.82 | $1,326.95 |
| FEB | $341.66 | | | | | | $1,028.48 | $1,668.61 |
| MAR | $341.66 | | | | | | $1,370.14 | $2,010.27 |
| APR | $341.66 | | | | | | $1,711.80 | $2,351.93 |
| MAY | $341.66 | | | | | | $2,053.46 | $2,693.59 |
| JUN | $341.66 | | | | | | $2,395.12 | $3,035.25 |
| JUL | $341.66 | | | | $2,693.60 | | $43.18 | $683.31 * |
| AUG | $341.66 | | | | | | $384.84 | $1,024.97 |
| Total | | | $1,406.28 | | $2,693.60 | | | |

*Indicates your projected low point of $43.18. Your required reserve balance is $683.31. The difference between the projected low point and required reserve balance is $109.66. This is your shortage.

Your escrow shortage of $109.66 has been spread over a 12-month period, which may result in an increase in your payment. You have the option to pay your Escrow Shortage Amount in a lump sum. If you choose to pay the shortage in a lump sum your new payment will be $1,152.82. You have the following payment options:

- Pay by Mail – To pay by mail please follow the instructions provided below in the Escrow Shortage Remittance Form.
- Pay Online – You may be able to pay online.
- Pay by Phone – To make a telephone payment or obtain information about additional free payment options that may be available, please contact us at 1-855-876-1864.

Please note that all payment options, including online, telephone, and mailed payments, are free of charge.

If you have questions regarding this analysis, please write our Member Service Department at Hope Federal Credit Union, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-855-876-1864, Monday through Friday, 8:00 am to 5:00 pm, CST.

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

### ESCROW SHORTAGE REMITTANCE FORM

Name: Shaquanna F Adams
Account Number: ▮▮▮▮▮▮▮        Escrow Shortage Amount: $109.66

If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance within 30 days of the escrow analysis date to:

Hope Federal Credit Union
Attn: Cashiering Department/Escrow Shortages
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Your new payment will then be: $1,152.82.

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY**

**Account Number:** ▇▇▇▇▇▇                                        **Name: Shaquanna F Adams**

This is a statement of actual activity in your escrow account from 11/2025 through 08/2026.  Last year's projections are next to the actual activity.  Your mortgage payment for the past year was $1,145.51 of which $811.16 was for principal and interest and $334.35 went into your escrow account.  An asterisk(*) indicates a difference from a previous estimate either in the date or the amount.  A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | ACTUAL | | PAYMENTS FROM ESC. ACCT. PROJECTED | ACTUAL | | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | | | $1,671.65 | $889.57- |
| NOV | $334.35 | | * | | | | | $2,006.00 | $889.57- |
| DEC | $334.35 | | * | $1,318.51 | $1,406.28 | * | COUNTY TAX | $1,021.84 | $2,295.85- |
| JAN | $334.35 | | * | | | | | $1,356.19 | $2,295.85- |
| FEB | $334.35 | $406.15 | * | | | | | $1,690.54 | $1,889.70- |
| MAR | $334.35 | $406.15 | * | | | | | $2,024.89 | $1,483.55- |
| APR | $334.35 | $406.15 | * | | | | | $2,359.24 | $1,077.40- |
| MAY | $334.35 | $406.15 | * | | | | | $2,693.59 | $671.25- |
| JUN | $334.35 | $406.15 | * | | | | | $3,027.94 | $265.10- |
| JUL | $334.35 | $3,009.15 | *Y | $2,693.60 | $2,693.60 | Y | HOME INS | $668.69 | $50.45 |
| AUG | $334.35 | $334.35 | Y | | | | | $1,003.04 | $384.80 |
| SEP | $334.35 | | * | | | | | $1,337.39 | $0.00 |
| OCT | $334.35 | | * | | | | | $1,671.74 | $0.00 |
| Total | $4,012.20 | $5,374.25 | | $4,012.11 | $4,099.88 | | | | |

OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.

Last year, we anticipated that payments from your escrow account would be made during this period equaling $4,012.11.  Under Federal Law, your lowest balance should not have exceeded $668.69 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount.  Under your mortgage contract and/or state law, your lowest balance should not have exceeded $668.69.